FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 09 2020

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

AO 94 (Rev. 12/03) Commitment to Another District

ORIGINAL

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

| UNITED STATES OF AMERICA V. MICHAEL UZIEWE | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | EDCA | 1:20-MJ-969-AJB | 2:20-CR-196-KJM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
　x Indictment　☐ Information　Complaint　Other

charging a violation of　18　**U.S.C.**　1344(2)

**DISTRICT OF OFFENSE** EASTERN DISTRICT OF CALIFORNIA

**DESCRIPTION OF CHARGES:**

BANK FRAUD

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel　X Federal Defender Organization　☐ CJA Attorney　☐ None

**Interpreter Required?**　X No　Yes　Language:

**DISTRICT** Northern District of Georgia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/9/2020
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |